# In the United States Court of Federal Claims

No. 14-308 C

**TERESA NAN LUCREE**

                                             **JUDGMENT**

v.

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed July 31, 2014, granting defendant's motion to dismiss pursuant to RCFC 12(b)(6),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

                                           Hazel C. Keahey
                                           Clerk of Court

**July 31, 2014**                   By:    s/ Debra L. Samler

                                             Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.